IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

WANDA STOKES McCLURE,

Plaintiff,

No. 16-cv-02788-JTF-egb

v.

MEMPHIS LIGHT GAS & WATER,

Defendant.

## REPORT AND RECOMMENDATION

On September 30, 2016, plaintiff Wanda Stokes McClure, a resident of Memphis,

Tennessee, filed a *pro se* complaint and paid the civil filing fee. (ECF Nos. 1 & 2.) McClure filed

an amended complaint on October 11, 2016. (ECF Nos. 6-17.) In accordance with Local Rule

4.1(b)(1), the Clerk issued summons to McClure for service upon defendant Memphis Light Gas

& Water. (See ECF No. 18 (Oct. 27, 2016).) Pursuant to Administrative Order 2013-05 (Apr. 29,

2013), this case has been referred to the United States magistrate judge for management and for

all pretrial matters for determination or report and recommendation as appropriate.

On February 28, 2017, the Magistrate Judge noted that service pursuant to Rule 4 of the

Federal Rules of Civil Procedure had not been timely made. The Court ordered Plaintiff to effect

service and file proof of service by April 14, 2017. McClure was warned that failure to timely

comply with this order may result in the dismissal of her case. See Fed. R. Civ. P. 4(m).

Plaintiff has failed to comply with this Order, and therefore, the Magistrate Judge

recommends dismissal of her case.

Respectfully Submitted this 2nd day of May, 2017.

                                        **s/Edward G. Bryant**
                                        UNITED STATES MAGISTRATE JUDGE


**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT AND RECOMMENDATION MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT AND RECOMMENDATION.  28 U.S.C. § 636(b)(1). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**